UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH IMAD AL JASSIM, | No. 2:24-cv-00288 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| ALEJANDRO MAYORKAS and UR JADDOU, | |
| Defendants. | |

Plaintiff proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On April 25, 2024, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. F. & R., ECF No. 12. Plaintiff has filed objections to the findings and recommendations. Objs., ECF No. 13. Defendants have filed a response to the objections. Resp., ECF No. 14.

Plaintiff's objections do not actually challenge the magistrate judge's findings and recommendations. Objs., ECF No. 13. Rather, plaintiff states the court granted defendant's motion to remand, the USCIS did not adjudicate plaintiff's application within 15 days, and therefore, the court should reopen the case for further proceedings. *Id*. ¶¶ 4–5. Plaintiff's

objections demonstrate a misunderstanding of the effects of the magistrate judge's findings and recommendations—the court has not yet granted defendant's motion to remand.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 25, 2024, are adopted in full;

2. Defendants' motion to remand (ECF No. 9) is GRANTED and this action is remanded to the U.S. Citizenship and Immigration Service with instructions to adjudicate plaintiff's naturalization application within 15 days of the remand; and

3. This case is closed.

DATED: June 18, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE